LAW OFFICES OF
**LAWRENCE M. FISHER**
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279
_____
TELEPHONE (212) 226-5700

CELL (917) 225-2397
EMAIL: Fishercrimlaw@gmail.com

> The request is GRANTED.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> April 5, 2023

The Honorable USMJ Jennifer E. Willis
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.  10007
***VIA ECF***

*Re: United States v. William De La Cruz*
*23-CR-114 (LJL)*

Dear Judge Willis:

    As you are aware, I represent the above-named defendant who is currently at liberty on a $50,000 PRB, co-signed by 2 FRPs, with travel restricted to SDNY & EDNY, surrender of travel documents and pre-trial supervision.

    I submit this letter to request that my client be permitted to attend his girlfriend's birthday party on Saturday, April 8, 2023 from 5pm to 11pm at Topgolf located in the District of Jersey at 1013 US-1, Edison, NJ 08817. The commute is approximately one hour each way.

    To date, my client has fully complied with all pre-trial conditions & requirements.

    I have discussed the above request with Pre-Trial Officer Jazzlyn Harris who has no objection to this travel request. I have also discussed this request with AUSA Brandon Thompson who defers to pre-trial.

Respectfully Submitted,

LAWRENCE M. FISHER, ESQ.
Attorney for Defendant