```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                -v-                                            :     23-CR-114 (LJL)
                                                               :
WILLIAM DE LA CRUZ,                                            :         ORDER
                                                               :
                       Defendant.                              :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Sentencing in this case is scheduled for tomorrow.  The Government has suggested a below-Guidelines sentence.  The defense urges that the Court impose a sentence of probation.  It is hereby ordered that the parties be prepared to address tomorrow whether, in lieu of commitment to the Bureau of Prisons, the Court has discretion to impose a sentence of time served that includes a term of either home incarceration or home detention and, if so, whether the Court should exercise that discretion.

    SO ORDERED.

Dated: July 17, 2023  
       New York, New York

                                                  LEWIS J. LIMAN  
                                        United States District Judge